# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1230. EVA ANGELA BRANCH v. DEKALB COUNTY et al.**

Eva Angela Branch brought this tort action against DeKalb County and multiple other defendants. In December 2011, the trial court granted DeKalb County's motion to dismiss on the basis of sovereign immunity. In November 2012, the court entered a "Consent Stipulation of Voluntary Dismissal" of the remaining defendants. Within 30 days of that order, Branch filed a notice of appeal indicating her wish to appeal the December 2011 order dismissing DeKalb County. We, however, lack jurisdiction.

"A notice of appeal must be filed from an *appealable* decision or judgment, OCGA § 5-6-38, and must be brought by one with standing to pursue the appeal." (Citation omitted; emphasis in original.) *Waye v. Continental Special Risks*, 289 Ga. App. 82, 84 (656 SE2d 150) (2007). "[A]t the appellate level, one cannot complain of a judgment, order, or ruling that his own procedure or conduct procured or aided in causing." (Footnote omitted.) *Torres v. Elkin*, 317 Ga. App. 135, 139 (1) (730 SE2d 518) (2012). Although Branch filed her notice of appeal within 30 days of entry of the order memorializing her voluntary dismissal, she may not appeal that order, and indeed does not seek to do so. Instead, she seeks to appeal a previous order in the case. However, the judgment entered upon her voluntary dismissal cannot be used as a vehicle for obtaining appellate review of rulings entered by the trial court more than 30 days from the filing of the notice of appeal. See *Waye*, supra at 84; see also *Mitchell v. Wyatt*, 192 Ga. App. 127 (1) (384 SE2d 227) (1989).

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 04/10/2013
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*